**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01313-CV

### MD MOSTAFA KAMAL, Appellant

### V.

### MASUMA KHATUN, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV18-00547-V**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated November 28, 2018, we directed appellant to file, within ten days, written verification he had requested the record. Although we cautioned appellant that the appeal could be submitted without the reporter's record if he failed to comply, appellant has not complied. *See* Tex. R. App. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file his brief no later than January 30, 2019.

/s/     DAVID EVANS
         JUSTICE